UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CRIM NO. 2:21-CR-310 |
| V. ) | |
| ) | |
| DAVID ABELL , Defendant ) | |

### ORDER

AND NOW, this _18th___ day of __March_____ 2022, upon consideration of Defendant's Motion to Continue Sentencing, it is hereby ORDERED that Defendant's Motion is GRANTED.

BY THE COURT:

/s/ Hon. C. Darnell Jones II
_____
HONORABLE C. DARNELL JONES, II
United States District Judge