IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

v.

DAVID ABELL

CRIMINAL NO. 21-310

## NOTICE OF HEARING

**TAKE NOTICE** that defendant is scheduled for a **Sentencing** on Monday, March 28, 2022 at 10:00 a.m. before the **Honorable C. Darnell Jones II** in courtroom 15B in the United States District Court, United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania 19106.

☐ **Detained Federal Inmate:** The U.S. Marshal shall have the defendant present for this court proceeding.

☒ **Bail Status:** The defendant is on bail. A Court Security Officer shall be assigned to this proceeding.

☒ **Court Summons:** This Notice serves as a summons to appear in court. If the defendant is on bail or supervision and fails to appear as directed, the presiding judge may issue a bench warrant.

☐ **Interpreter:** A _____ interpreter will be required for the defendant.

For additional information, please contact the undersigned.

By:                                                                    /s/ Leesa B. Ciamaichelo
                                                                       Deputy to Judge C. Darnell Jones II
                                                                       Phone: (267) 299-7759

Date: November 24, 2021

cc - via U.S. mail:                    Defendant
cc - via email:                        E. Hughes, Esquire
                                       L. Lappen, Assistant U.S. Attorney
                                       U.S. Marshal
                                       Probation Office
                                       Pretrial Services
                                       Interpreter Coordinator

**CANCELLED**

crnotice (July 2021)