IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

v.

DAVID ABELL

CRIMINAL NO. 21-310

### NOTICE OF HEARING

**TAKE NOTICE** that defendant is scheduled for a **Sentencing** on Tuesday, July 19, 2022 at 10:00 a.m. before the **Honorable C. Darnell Jones II** in courtroom 15B in the United States District Court, United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania 19106.

☐ **Detained Federal Inmate:** The U.S. Marshal shall have the defendant present for this court proceeding.

☒ **Bail Status:** The defendant is on bail. A Court Security Officer shall be assigned to this proceeding.

☒ **Court Summons:** This Notice serves as a summons to appear in court. If the defendant is on bail or supervision and fails to appear as directed, the presiding judge may issue a bench warrant.

☐ **Interpreter:** A _____ interpreter will be required for the defendant.

For additional information, please contact the undersigned.

By:                                      /s/ Leesa B. Ciamaichelo
                                         Deputy to Judge C. Darnell Jones II
                                         Phone: (267) 299-7759

Date: May 31, 2022

cc - via U.S. mail:                      Defendant
cc - via email:                          E. Hughes, Esquire
                                         L. Lappen, Assistant U.S. Attorney
                                         U.S. Marshal
                                         Probation Office
                                         Pretrial Services
                                         Interpreter Coordinator

crnotice (July 2021)